JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AZIZI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCEDES-BENZ USA, LLC,, et al.,<br><br>　　　　Defendants. | Case No. CV 25-4731-MWF(AJRx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL |

The Court has considered the parties' Stipulation of Dismissal. (Docket No. 11). For good cause shown, the Stipulation is GRANTED. This entire action, including all claims and counterclaims stated herein against all parties, is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: September 30, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　United States District Judge